UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     Koh v. Amazon.com, Inc.
        No. 23-1796

DATE:   May _1_, 2024

\* \* \*

In June 2023, Francis Koh filed two cases against Amazon.com, Inc. (Amazon) in this Court. The complaint in Koh's first case, No. 23-1712, asserted various individual claims against Amazon. The complaint in the second case, No. 23-1796, asserts essentially the same claims against Amazon on a putatively class-wide basis.

In August 2023, Koh stipulated to the voluntary dismissal of his individual claims. *See* No. 23-1712, ECF No. 8. That same month, the Court denied Koh's Motion for Leave to File Complaint Under Seal in the putative class action. *See* No. 23-1796, ECF No. 4.

Since that time, there have been no new developments in No. 23-1796, and it appears that Amazon may not have been properly served, as no attorney has entered an appearance on its behalf.

Given Koh's voluntary dismissal of his individual claims, and the lack of activity in the putative class action, the Court **ORDERS** Koh to file within seven (7) days of this Order a notice advising the Court as to whether he intends to pursue the putative class claims and, if so, to provide a reason for why service of process has not been timely completed in accordance with Federal Rule of Civil Procedure 4.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC:     Court file
        Counsel of Record